IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL DALLAS,**

    Movant/Defendant,

vs.                                                  **CIVIL NO.  08-947 JC/DJS**
                                                               Criminal No.  05-1160 JC

**UNITED STATES OF AMERICA,**

    Respondent/Plaintiff.

## ORDER AND JUDGMENT

       This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

       **IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

       **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

_____
 **JOHN EDWARDS CONWAY**
 **SENIOR U.S. DISTRICT JUDGE**